E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>GABRIEL ANGEL BARRAGAN, )<br>)<br>Defendants. )<br>_____) | No. 3-06-70797 BZ<br><br>**ORDER FOR REIMBURSEMENT OF COST OF COURT APPOINTED COUNSEL** |

    Gabriel Angel Barragan is a defendant in this criminal matter. The court has found defendant eligible for appointment of counsel under the Criminal Justice Act and has further found that the defendant has sufficient assets to reimburse, in whole or in part, this court for the cost of court appointed counsel. IT IS THEREFORE ORDERED that at the conclusion of this matter, the court will hold a hearing to determine the amount of reimbursement. Defendant shall either pay that amount or, prior to the court releasing its interests in the two properties defendant has posted as security for his pretrial release bond, the United States shall record the court's order determining the amount of reimbursement as a

1

1  lien against the properties so that the court will be
2  reimbursed upon the sale of one or both of the properties.
3  Dated: December 29, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

7  G:\BZALL\CRIMINAL\ORDERS\ORDERS.06\BARRAGAN.ORDER.wpd